IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| Richard Reinheimer,<br>Joan E. Reinheimer<br>          Living people as **Plaintiffs**,<br>-against- | *<br><br>*<br><br>* |

THE DISTRICT OF MARYLAND
CASE NO.:

Carrie M. Ward, Howard N. Bierman,
George J. Geesing, Joseph Delozier,
Matthew D. Cohen,  Eder Salmeron,
Bizhan Beiramee, Kevin J Kanouff,
Thomas P. Gibbons, Rafaela Herrera,
Ivan Kaufman, Paul Elenio, James DePalma,
Scott MacGlashan, Thomas G. Ross,
Paul R Cooper, Joseph A. Cooper,
Larry E. Cooper,

**VERIFIED ACTION AT LAW**[1]

*CCB* **14 CV 1664**

W/AFFIDAVIT'S AND MEMORANDUMS
**LAW OF THE CASE** AND LAW & JURISDICTION

                    **Wrongdoers**            *

# LAW OF THE CASE

5     THE PURPOSE of this memorandum is to clarify the law of the case and thereby Jurisdiction which is "Common Law"[2] a/k/a Natural Law and often identified as a "Court of Record", it is a system of jurisprudence, who's tribunal is the People and whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt.

Nisi Prius courts are "courts not of record" which are inferior and have no power to fine or imprison
10     without the consent of its victim, these nisi prius courts are fiction, created by statutes and not People and therefore have no legal authority. These unconstitutional courts operate under statutes and thereby under corporate charter and not Constitutions. It is the epitome of Corporatism[3] a system of corporate legislation, who's tribunal is a corporate officer, aka judge.

Therefore whenever a nisi prius court proceeds against the will of sovereign People the court and its
15     officers are vulnerable to collateral attack. When such a court forces its minions (BAR lawyers) upon the sovereign or moves to proceed with a competency hearing it wars against the Constitution and commits injury against the People.

"The very meaning of 'sovereignty' is that the decree of the sovereign makes law", and the following terms are the expression of that decree thereby interpreting the meanings of the phrases and words of the
20     case, The Law of the Case.

---

[1] **AT LAW.** [Bouvier's Law, 1856 Edition] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.
[2] **The common law is the real law,** the Supreme Law of the land, the code, rules, regulations, policy and statutes are "not the law", Self v. Rhay, 61 Wn (2d) 261
[3] CORPORATISM. [Webster] the organization of a society into industrial and professional corporations serving as organs of political representation and exercising control over persons and activities within their jurisdiction

## TABLE OF CONTENTS

| | | |
|---|---|---|
| 25 | i. | Judicial notice |
| | ii. | Judges sworn to obey constitution irrespective of opinion and consequences |
| | iii. | Supremacy clause |
| | iv. | Common law is still law of the land |
| | v. | Interpretation in favor of the people |
| 30 | vi. | No emergency has just cause to suppress the constitution |
| | vii. | Constitutions must be construed to reference the common law - summary proceedings are null and void |
| | viii. | Shall not infringe |
| | ix. | Irreconcilable conflict between statute and constitution resolved in favor of the |
| 35 | | constitutionality and the beneficiary |
| | x. | Supreme law is the basis of all law - all fiction of law is null |
| | xi. | No one is bound to obey an unconstitutional law, no courts are bound to enforce it |
| | xii. | Congress cannot alter rights |
| | xiii. | Rights do not come in degrees |
| 40 | xiv. | States cannot license rights |
| | xv. | Officers of the court have no immunity when violating constitutional right, from liability |
| | xvi. | Immunity: |
| | xvii. | Sovereignty: |
| | xviii. | Rights: |
| 45 | xix. | Law: |
| | xx. | Court |
| | xxi. | Courts of record |
| | xxii. | Magistrate |
| | xxiii. | Suit |
| 50 | xxiv. | Tribunal |
| | xxv. | Record |
| | xxvi. | Minute |
| | xxvii. | State |
| | xxviii. | Constitutional preambles |
| 55 | xxix. | State sovereignty -v- popular sovereignty |
| | xxx. | Government |
| | xxxi. | Banks- Ultra Vires |

60

The Law of the case is Decreed as Follows:

65

## I - JUDICIAL NOTICE

*"Judicial notice, or knowledge upon which a judge is bound to act without having it proved in evidence".* [**Black's Law 4th edition**]

Take Judicial notice of **AMERICAN JURISPRUDENCE BOOK 16: CONSTITUTION LAW SECTION** which a judge is bound by oath to obey.

## II - JUDGES SWORN TO OBEY CONSTITUTION IRRESPECTIVE OF OPINION AND CONSEQUENCES CONSTITUTION RULES OVER STATUTES

*"Since the constitution is intended for the observance of the judiciary as well as other departments of government and the judges are sworn to support its provisions, the courts are not at liberty to overlook or disregard its commands or counteract evasions thereof, it is their duty in authorized proceedings to give full effect to the existing constitution and to obey all constitutional provisions irrespective of their opinion as to the wisdom or the desirability of such provisions and irrespective of the consequences, thus it is said that the courts should be in our alert to enforce the provisions of the United States Constitution and <u>guard against their infringement</u> by legislative fiat or otherwise in accordance with these basic principles, the rule is fixed that the duty in the proper case to declare a law unconstitutional cannot be declined and must be performed in accordance with the delivered judgment of the tribunal before which the validity of the enactment it is directly drawn into question. <u>If the Constitution prescribes one rule and the statute the another in a different rule, it is the duty of the courts to declare that the Constitution and not the statute governs</u> in cases before them for judgment."* [**16Am Jur 2d., Sec. 155:, emphasis added**]

## III - SUPREMACY CLAUSE

*"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."* [**US Constitution** ]

*"... Thus, the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument."* after more than 200 years this decision still stands [**Marbury v. Madison 5 U.S. 137 (1803)**]

## IV - COMMON LAW IS STILL LAW OF THE LAND

All cases which have cited Marbury v. Madison case, to the Supreme Court has not ever been over turned. [**See Shephard's Citation of Marbury v. Madison.**]

105 The constitution was ordained and established by the people "for" the United States of America aka government. Therefore government was created by an act of the people therefore the creation cannot trump the creator.

"*If any statement, within any law, which is passed, § unconstitutional, the whole law is unconstitutional.*" [**Marbury v. Madison: 5 US 137 (1803):**] Therefore no legislation

110 … that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land. [**Hoke vs. Henderson,15, N.C.15,25 AM Dec 677**].

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them"      [**Miranda v. Arizona, 384 U.S. 436, 491**]

115

## V - INTERPRETATION IN FAVOR OF THE PEOPLE

Any constitutional provision intended to confer a benefit should be liberally construed in favor in the clearly intended and expressly designated beneficiary. "*Then a constitution should receive a literal interpretation in favor of the Citizen, is especially true, with respect to those provisions*
120 *which were designed to safeguard the liberty and security of the Citizen in regard to person and property.*" [**16Am Jur 2d: 16Am Jur 2d., Sec. 97; Bary v. United States - 273 US 128**]

## VI - NO EMERGENCY HAS JUST CAUSE TO SUPPRESS THE CONSTITUTION

"*While an emergency cannot create power and no emergency justifies the violation of any of the*
125 *provisions of the United States Constitution or States Constitutions. Public emergency such as economic depression for especially liberal construction of constitutional powers and it has been declared that because of national emergency, it is the policy of the courts of times of national peril, so liberally to construed the special powers vested in the chief executive as to sustain an effectuate the purpose there of, and to that end also more liberally to construed the constituted*
130 *division and classification of the powers of the coordinate branches of the government and in so far as may not be clearly inconsistent with the constitution.*" [**16Am Jur 2d., Sec. 98:**]

135

## VII - CONSTITUTIONS MUST BE CONSTRUED TO REFERENCE
## THE COMMON LAW - SUMMARY PROCEEDINGS ARE NULL AND VOID

*"As to the construction, with reference to Common Law, an important cannon of construction is that constitutions must be construed to reference to the Common Law."" The Common Law, so* 140 *permitted destruction of the abatement of nuisances by summary proceedings[4] and is was never supposed that a constitutional provision was intended to interfere with this established principle and although there is no common law of the United States in a since of a national customary law as distinguished from the common law of England, adopted in the several states. In interpreting the Federal Constitution, recourse may still be had to the aid of the Common Law of England. It* 145 *has been said that <u>without reference to the common law, the language of the Federal Constitution could not be understood</u>."* [**16Am Jur 2d., Sec. 114:**]


## VIII - SHALL NOT INFRINGE

*"Various facts of circumstances extrinsic to the constitution are often resorted to, by the courts,* 150 *to aid them and determining its meaning, as previously noted however, such extrinsic aids may not be resorted to where the provision in the question is clear and unambiguous in such a case the courts must apply the terms of the constitution as written and they are not at liberty to search for meanings beyond the instrument."* [**16Am Jur 2d., Sec. 117:**]


155 ## IX - IRRECONCILABLE CONFLICT BETWEEN STATUTE AND CONSTITUTION RESOLVED IN FAVOR OF THE CONSTITUTIONALITY AND THE BENEFICIARY

*"In all instances, where the court exercise its power to invalidate legislation on constitutional grounds, the conflict of the statute, with the constitution must be irreconcilable. Thus a statute is not to be declared unconstitutional unless so inconsistent with the constitution that it cannot be* 160 *enforced without a violation thereof. A clear incompatibility between law and the constitution must exist before the judiciary is justified holding the law unconstitutional. This principle is of course in line with the rule that doubts as the constitutionality should be resolved in favor of the constitutionality and the beneficiary."* [**16Am Jur 2d., Sec. 255:**]


165

## X - SUPREME LAW IS THE BASES OF ALL LAW - ALL FICTION OF LAW IS NULL

---

[4] **Summary proceeding.** Any proceeding by which a controversy is settled, case disposed of, or trial conducted, in a prompt and simple manner, without the aid of a jury, without presentment or indictment, or in other respects out of the regular course of the common law. In procedure, proceedings are said to be summary 'when they are short and simple in comparison with regular proceedings; e., in comparison with the proceedings which alone would have been applicable, either in the same or analogous cases, if summary proceedings had not been available. Sweet. [Blacks Law 4th, and see Phillips v. Phillips, 8 N.J.L. 122.]

Nisi prius courts relies on statutes, which is fiction of law, that seeks to control[5] the behavior of the sovereign[6] people[7] of Maryland, who are under common law, not statutes, and who ordained and established[8] the law, therefore legislators cannot legislate the behavior of the people.

170

*"No provision of the Constitution is designed to be without effect," "Anything that is in conflict is null and void of law", "Clearly, for a secondary law to come in conflict with the supreme Law was illogical, for certainly, the supreme Law would prevail over all other laws and certainly our forefathers had intended that the supreme Law would be the bases of all law and for any law to come in conflict would be null and void of law, it would bare no power to enforce, in would bare no obligation to obey, it would purport to settle as if it had never existed, for unconstitutionality would date from the enactment of such a law, not from the date so branded in an open court of law, no courts are bound to uphold it, and no Citizens are bound to obey it. It operates as a near nullity or a fiction of law[9]."*

175

180

*"All codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process..."* [**Rodriques v. Ray Donavan**]

*"The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy and statutes are not the law"*, [**Self v. Rhay, 61 Wn (2d) 261**]

185

## XI - NO ONE IS BOUND TO OBEY AN UNCONSTITUTIONAL LAW
## NO COURTS ARE BOUND TO ENFORCE IT

*"The general rule is that a unconstitutional statute, whether Federal or State, though having the form and name of law as in reality no law, but is wholly void and ineffective for any purpose since unconstitutionality dates from the enactment and not merrily from the date of the decision so braining it. An unconstitutional law in legal contemplation is as inoperative as if it never had*

190

---

[5] Rom 9:21 Hath not the potter power over the clay,

[6] The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.] A consequence of this prerogative is the legal ubiquity of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. (Fortesc.c.8. 2Inst.186) His judges are the mirror by which the king's image is reflected. [1 Blackstone's Commentaries, 270, Chapter 7, Section 379.]

[7] PEOPLE. People are supreme, not the state. [Waring vs. the Mayor of Savanah, 60 Georgiaat 93]; The state cannot diminish rights of the people. [Hertado v. California, 100 US 516]; Preamble to the US and NY Constitutions - We the people ... do ordain and establish this Constitution...; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472]: The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

[8] US Constitution - We the people ... do ordain and establish this Constitution for the United States of America.

[9] FICTION OF LAW. Something known to be false is assumed to be true. Ryan v. Motor Credit Co., 130 N.J.Eq. 531, 23 A.2d 607, 621. that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land. [Hoke vs. Henderson,15, N.C.15,25 AM Dec 677]. A rule of law which assumes as true, and will not allow to be disproved, something which is false, but not impossible. Best, Ev. 419.

*been passed. Such a statute lives a question that is purports to settle just as it would be had the statute not ever been enacted. No repeal of an enactment is necessary, since an unconstitutional law is void. The general principles follows that it imposes no duty, converse no rights, creates no*
195 *office, bestows no power of authority on anyone, affords no protection and justifies no acts performed under it. A contract which rests on a unconstitutional statute creates no obligation to be impaired by subsequent legislation. No one is bound to obey an unconstitutional law. No courts are bound to enforce it. Persons convicted and fined under a statute subsequently held unconstitutional may recover the fines paid. A void act cannot be legally inconsistent with a*
200 *valid one and an unconstitutional law cannot operate to supersede an existing valid law. Indeed, in so far as a statute runs counter to the fundamental law of the land, it is superseded thereby. Since an unconstitutional statute cannot repeal, or in anyway effect an existing one, if a repealing statute is unconstitutional, the statute which it attempts to repeal, remains in full force and effect and where a statute in which it attempts to repeal remains in full force and effect and*
205 *where a clause repealing a prior law is inserted in the act, which act is unconstitutional and void, the provision of the repeal of the prior law will usually fall with it and will not be permitted to operate as repealing such prior law. The general principle stated above applied to the constitution as well as the laws of the several states insofar as they are repugnant to the constitution and laws of the United States."* **[16Am Jur 2d., Sec. 256:]**

210

## XII - CONGRESS CANNOT ALTER RIGHTS

"On the other hand it is clear that Congress cannot by authorization or ratification give the slightest effect to a state law or constitution which is in conflict with the Constitution of the United States." **[16Am Jur 2d., Sec. 258]**

215

## XIII - RIGHTS DO NOT COME IN DEGREES

"Although it is manifested that an unconstitutional provision in the statute is not cured because included in the same act with valid provisions and that there is no degrees of constitutionality." **[16Am Jur 2d., Sec. 260:]**

220

## XIV - STATES CANNOT LICENSE RIGHTS

"A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution and that a flat license tax here involves restraints in advance the constitutional liberties of Press and Religion and inevitably tends to suppress their existence. That the
225 ordinance is non-discriminatory and that is applies also to peddlers of wares and merchandise is immaterial. The liberties granted by the first amendment are and in a preferred position. Since the privilege in question is guaranteed by the Federal Constitution and exist independently of the

230   states authority, the inquiry as to whether the state has given something for which it cannot ask a return, is irrelevant. No state may convert any secured liberty into a privilege and issue a license and a fee for it." [**Mudook v. Penn. 319 US 105:(1943)**]

"If the state does convert your right into a privilege and issue a license and a fee for it, you can ignore the license and a fee and engage the right with impunity." [**Shuttlesworth v. Birmingham Al. 373 US 262:(1962)**]

235          **XV - "OFFICERS OF THE COURT HAVE NO IMMUNITY WHEN
             VIOLATING CONSTITUTIONAL RIGHT, FROM LIABILITY"**

The right of action created by statute relating to deprivation under color of law, of a right secured by the constitution and the laws of the United States and comes claims which are based solely on statutory violations of Federal Law and applied to the claim that claimants had been
240   deprived of their rights, in some capacity, to which they were entitled." **Owen v.Independence 100 Vol. Supreme Court Reports. 1398:(1982); Main v. Thiboutot 100 Vol. Supreme Court Reports. 2502:(1982)**

**Title 18 US Code Sec. 241 & Sec. 242:** "If upon conviction, you are subject to a $10,000.00 fine, ten years in jail, or both, and if theft results, life in prison." **Title 42 US Code Sec. 1983,**
245   **Sec. 1985, & Sec. 1986:** Clearly established the right to sue anyone who violates your constitutional rights. The Constitution guarantees: he who would unlawfully jeopardize your property loses property to you, and that's what justice is all about. "Judge are deemed to know the law and are sworn to uphold it and can hardly claim that they acted in good faith for willful deformation of a law and certainly cannot pled ignorance of the law, for that would make the law
250   look unintelligent for a knowledgeable judge to claim ignorance of a law, when a Citizen on the street cannot claim ignorance of the law. Therefore, there is no judicial immunity."

                    **XVI - IMMUNITY:**

          *"Where there is no jurisdiction, there can be no discretion"*

Any judge who does not comply with his oath to the Constitution of the United States wars
255   against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason. [**Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)**]

There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign. [**Cooper v. O'Conner, 99 F.2d 133**]

260   A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts. [**Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938)**]

"The courts are not bound by an officer's interpretation of the law under which he presumes to act." [**Hoffsomer v. Hayes, 92 Okla 32, 227 F. 417**]

265    "*Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction.*" [**Piper v. Pearson, 2 Gray 120, cited in Bradley v. Fisher, 13 Wall. 335, 20 L.Ed. 646 (1872)**]

"No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it." ... "It is the only supreme power in our system
270    of government, and every man who, by accepting office participates in its functions, is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes on the exercise of the authority which it gives." [**U.S. v. Lee, 106 U.S. 196, 220 1 S. Ct. 240, 261, 27 L. Ed 171 (1882)**]

## XVII - SOVEREIGNTY:

275    *The very meaning of 'sovereignty' is that the decree of the sovereign makes law*

"*It is the public policy of this state that public agencies exist to aid in the conduct of the people's business.... The people of this state do not yield their sovereignty to the agencies which serve them. ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but*
280    *themselves.....*" [**CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.**]

"*The very meaning of 'sovereignty' is that the decree of the sovereign makes law*". [**American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.**]

285    "*The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative*". [**Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.**]

"*A consequence of this prerogative is the legal ubiquity of the king. His majesty in the eye of the
290    law is always present in all his courts, though he cannot personally distribute justice*".

**(Fortesc.c.8. 2lnst.186)** *"His judges are the mirror by which the king's image is reflected"*. [1 **Blackstone's Commentaries, 270, Chapter 7, Section 379.**]

SOVEREIGNTY [Black's Law Dictionary, Fourth Edition] - The power to do everything in a state without accountability,--to make laws, to execute and to apply them, to impose and collect
295   taxes and levy contributions, to make war or peace, to form treaties of alliance or of commerce with foreign nations, and the like. [**Story, Const. Sec 207**]

*"Sovereignty in government is that public authority which directs or orders what is to be done by each member associated in relation to the end of the association. It is the supreme power by which any citizen is governed and is the person or body of persons in the state to whom there is politically no superior. The*
300   *necessary existence of the state and that right and power which necessarily follow is "sovereignty." By "sovereignty in its largest sense is meant supreme, absolute, uncontrollable power, the absolute right to govern. The word which by itself comes nearest to being the definition of "sovereignty" is will or volition as applied to political affairs"*. [**City of Bisbee v. Cochise County, 52 Ariz. 1, 78 P.2d 982, 986**].

   . *"The very meaning of 'sovereignty' is that the decree of the sovereign makes law."* American [**Banana**
305   **Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047**].

*"'Sovereignty' means that the decree of sovereign makes law, and foreign courts cannot condemn influences persuading sovereign to make the decree."* [**Moscow Fire Ins. Co. of Moscow, Russia v. Bank of New York & Trust Co., 294 N.Y.S. 648, 662, 161 Misc. 903**].

RESERVATION OF SOVEREIGNTY: "[15] (b) Even if the Tribe's power to tax were derived
310   solely from its power to exclude non-Indians from the reservation, the Tribe has the authority to impose the severance tax. Non-Indians who lawfully enter tribal lands remain subject to a tribe's power to exclude them, which power includes the lesser power to tax or place other conditions on the non-Indian's conduct or continued presence on the reservation. The Tribe's role as commercial partner with petitioners should not be confused with its role as sovereign. *"It is one*
315   *thing to find that the Tribe has agreed to sell the right to use the land and take valuable minerals from it, and quite another to find that the Tribe has abandoned its sovereign powers simply because it has not expressly reserved them through a contract. To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept of sovereignty on its head"*. (emphasis added) [**MERRION ET AL.,**
320   **DBA MERRION & BAYLESS, ET AL. v. JICARILLA APACHE TRIBE ET AL.**

1982.SCT.394 , 455 U.S. 130, 102 S. Ct. 894, 71 L. Ed. 2d 21, 50 U.S.L.W. 4169 pp. 144-148].

## XVIII - RIGHTS:

325 *The state cannot diminish rights of the people*

"*The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice*". [**Davis v. Wechsler, 263 US 22, 24.**]

"*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them*". [**Miranda v. Arizona, 384 US 436, 491.**]

330 "*There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights*". [**Sherer v. Cullen, 481 F 946.**]

"*The state cannot diminish rights of the people.*" [**Hurtado v. People of the State of California, 110 U.S. 516**]

"*Republican government. One in which the powers of sovereignty are vested in the people and are*
335 *exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated.*" [**In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.**]

"*This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme*
340 *Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.*" [**Constitution for the United States of America, Article VI, Clause 2.**]

## XIX - LAW:

345 *The common law is the real law*

AT LAW. [Bouvier's Law. 1856 Edition] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

*"The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy and statutes are not the law"*, [**Self v. Rhay, 61 Wn (2d) 261**]

350   *"All laws, rules and practices which are repugnant to the Constitution are null and void"* [**Marbury v. Madison, 5th US (2 Cranch) 137, 180**]

*"The very meaning of 'sovereignty' is that the decree of the sovereign makes law."* [**American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047**]

*"Sovereignty itself is, of course, not subject to law, for it is the author and source of law;"* [**Yick Wo v. 355   Hopkins, 118 US 356, 370 (Undersigned is Sovereign and no court has challenged that status/standing)**]

## XX - COURT

*An agency of the sovereign created by it directly or indirectly under its authority*

360   COURT - The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [**Black's Law Dictionary, 5th Edition, page 318.**]

COURT - *"An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the* 365   *law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority"*. [**Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425**]

## XXI - COURTS OF RECORD

370   *a judicial tribunal ... independently of the person of the magistrate*

COURTS OF RECORD AND COURTS NOT OF RECORD - *"The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal. Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the* 375   *proceedings are not enrolled or recorded"*. [**3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas**

Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231].

*"A Court of Record is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial".* [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689].

To be a court of record a court must have four characteristics, and may have a fifth, they are:

A) *"A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it"* [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

B) *"Proceeding according to the course of common law"* [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

C) *"Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony."* [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

D) *"Has power to fine or imprison for contempt."* [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

E) *"Generally possesses a seal."* [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

405  The decisions of a superior court may only be challenged in a court of appeal. The decisions of an inferior court are subject to collateral attack. In other words, in a superior court one may sue an inferior court directly, rather than resort to appeal to an appellate court. Decision of a court of record may not be appealed. It is binding on ALL other courts. However, no statutory or constitutional court (whether it be an appellate or supreme court) can second guess the judgment

410  of a court of record. *"The judgment of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it."* [**Ex parte Watkins, 3 Pet., at 202-203. [cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973)]**.

415  A court of record is a superior court. A court not of record is an inferior court. Inferior courts are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law. Criminal courts proceed according to statutory law. Jurisdiction and procedure is defined by statute. Likewise, civil courts and admiralty courts proceed according to statutory law. Any court proceeding according to statutory law is not a court of record (which

420  only proceeds according to common law); it is an inferior court.

"The only inherent difference ordinarily recognized between superior and inferior courts is that there is a presumption in favor of the validity of the judgments of the former, none in favor of those of the latter, and that a superior court may be shown not to have had power to render a particular judgment by reference to its record. Note, however, that a 'superior court' is the name

425  of a particular court. But when a court acts by virtue of a special statute conferring jurisdiction in a certain class of cases, it is a court of inferior or limited jurisdiction for the time being, no matter what its ordinary status may be.

COURT OF RECORD - Conclusion, from the definitions above, that a court of record is a court which must meet the following criteria:

430       1) Generally has a seal
          2) Power to fine or imprison for contempt
          3) Keeps a record of the proceedings
          4) Proceeding according to the common law (not statutes or codes)
          5) The tribunal is independent of the magistrate (judge)

435   NOTE that a judge is a magistrate and is not the tribunal. The tribunal is either the sovereign himself, or a fully empowered jury (not paid by the government)

**Maryland Constitution Article IV. Part I** - SECTION 1. The Judicial power of this State is vested in a Court of Appeals, such intermediate courts of appeal as the General Assembly may create by law, Circuit Courts, Orphans' Courts, and a **District Court**. These Courts shall be

440   **"Courts of Record** [10]". [emphasis added], and each shall have a seal to be used in the authentication of all process issuing from it (amended by Chapter 10, Acts of 1966, ratified Nov. 8, 1966; Chapter 789, Acts of 1969, ratified Nov. 3, 1970; Chapter 681, Acts of 1977, ratified Nov. 7, 1978; Chapter 523, Acts of 1980, ratified Nov. 4, 1980).

A court of record has power to punish, by fine and imprisonment, or either, a neglect or violation

445   of duty, or other misconduct, by which a right or remedy of a party to a civil action or special proceeding, pending in the court may be defeated, impaired, impeded, or prejudiced, in any of the following cases:

(1) An attorney, counselor, clerk, sheriff, coroner, or other person, in any manner duly selected or appointed to perform a judicial or ministerial service, for a misbehavior in his office or trust,

450   or for a willful neglect or violation of duty therein; or for disobedience to a lawful mandate of the court, or of a judge thereof, or of an officer authorized to perform the duties of such a judge.

(2) A party to the action or special proceeding, for putting in fictitious bail or a fictitious surety, or for any deceit or abuse of a mandate or proceeding of the court.

(3) A party to the action or special proceeding, an attorney, counselor, or other person, for the

455   non-payment of a sum of money, ordered or adjudged by the court to be paid, in a case where by law execution cannot be awarded for the collection of such sum except as otherwise specifically provided by the civil practice law and rules; or for any other disobedience to a lawful mandate of the court.

(4) A person, for assuming to be an attorney or counselor, or other officer of the court, and acting

460   as such without authority; for rescuing any property or person in the custody of an officer, by

---

[10] **A COURT OF RECORD** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689

virtue of a mandate of the court; for unlawfully detaining, or fraudulently and willfully preventing, or disabling from attending or testifying, a witness, or a party to the action or special proceeding, while going to, remaining at, or returning from, the sitting where it is noticed for trial or hearing; and for any other unlawful interference with the proceedings therein.

465   (5) A person subpoenaed as a witness, for refusing or neglecting to obey the subpoena, or to attend, or to be sworn, or to answer as a witness.

(6) A person duly notified to attend as a juror, at a term of the court, for improperly conversing with a party to an action or special proceeding, to be tried at that term, or with any other person, in relation to the merits of that action or special proceeding; or for receiving a communication
470   from any person, in relation to the merits of such an action or special proceeding, without immediately disclosing the same to the court; or a person who attends and acts or attempts to act as a juror in the place and stead of a person who has been duly notified to attend.

(7) An inferior magistrate, or a judge or other officer of an inferior court, for proceeding, contrary to law, in a cause or matter, which has been removed from his jurisdiction to the court
475   inflicting the punishment; or for disobedience to a lawful order or other mandate of the latter court.

(8) In any other case, where an attachment or any other proceeding to punish for a contempt, has been usually adopted and practiced in a court of record, to enforce a civil remedy of a party to an action or special proceeding in that court, or to protect the right of a party.

480   When the contempt is not committed in the immediate view and presence of the court, or of the judge at chambers, an affidavit shall be presented to the court or judge of the facts constituting the contempt, or a statement of the facts by the referees or arbitrators, or other judicial officers...

## XXII - MAGISTRATE

Judges are magistrates

485   MAGISTRATE - A person holding official power in a government; as: a The official of highest rank in a government (chief, or first, magistrate). b An official of a class having summary, often criminal, jurisdiction. **[Merriam-Webster Dictionary]**

MAGISTRATE - an official entrusted with administration of the laws [**Black's Law Dictionary, 4th Ed., 1103**].

490   MAGISTRATE - Person clothed with power as a public civil officer. [**State ex rel. Miller v. McLeod, 142 Fla. 254, 194 So. 628, 630**].

MAGISTRATE - "A public officer belonging to the civil organization of the state, and invested with powers and functions which may be either judicial, legislative, or executive. But the term is commonly used in a narrower sense, designating, in England, a person entrusted with the 495   commission of the peace, and, in America, one of the class of inferior judicial officers, such as justices of the peace and police justices". [**Martin v. State, 32 Ark. 124; Ex parte White, 15 Nev. 146, 37 Am. Rep. 466; State v. Allen, 83 Fla. 655, 92 So. 155, 156; Merritt v. Merritt, 193 Iowa 899, 188 N.W. 32, 34**].

**Judges**[11] **are magistrates**   a magistrate as an officer having power to issue a warrant for the 500   arrest of a person charged with a crime.  This broad definition embraces the judges of the Circuit Courts, Orphans' Courts, and a District Court, as limited jurisdiction authorized by law to act in criminal matters.

...our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgment in all their points, that is to 505   wit, the Great Charter as the common law.... [**Confirmatio Cartarum, November 5, 1297, Sources of Our Liberties Edited by Richard L. Perry, American Bar Foundation**]

Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court. [**Magna Carta, Article 34**].

JUDGE DE FACTO. One who holds and exercises the office of a judge under color of lawful 510   authority and by a title valid on its face, though he has not full right to the office, as where he was appointed under an unconstitutional statute, or by an usurper of the appointing po)Ver, or

---

[11] JUDGE. An officer so named in his commission, who presides in some court ; a public officer, appointed to preside and to administer the law in a court of justice ; the chief member of a court, and charged with the control of proceedings and the decision of questions of law or discretion. Todd v. U. S., 15 S.Ct. 889, 158 U.S. 278, 39 L.Ed 982 ; Foot v. Stiles, 57 N.Y. 405 ; State v. Le Blond, 108 Ohio St. 126, 140 N.E. 510, 512. A public officer who, by virtue of his office, is clothed with judicial authority. State ex rel. Mayer v. City of Cincinnati, 60 Ohio App. 119, 19 N.E.2d 902. Presiding officer of court. State v. Horn, 336 Mo. 524, 79 S.W.2d 1044, 1045. Any officer authorized to function as or for j udge in doing specified acts. In re Roberts' Estate, 49 Cal.App.2d 71, 120 P.2d  933, 937.

has not taken the oath of office. State v. Miller, 111 Mo. 542, 20 S.W. 243; Walcott v. Wells, 21 Nev. 47, 24 P. 367, 9 L.R.A. 59, 37 Am.St.Rep. 478 ; Dredla v. Baache, 60 Neb. 655, 83 N.W. 916 ;. Caldwell v. Barrett, 71 Ark. 310, 74 S.W. 748.

515

## XXIII - SUIT

The witnesses or followers of the plaintiff

SUIT [Black's Law Dictionary, 4th Ed.,] - The witnesses or followers of the plaintiff.  [3 Bl. Comm. 295.  See Secta;].

SUIT [Black's Law Dictionary, 4th Ed.,] - A generic term, of comprehensive signification, and

520 applies to any proceeding by one person or persons against another or others in a court of justice in which the plaintiff pursues, in such court, the remedy which the law affords him for the redress of an injury or the enforcement of a right, whether at law or in equity.  **Kohl v. U.S., 91 U.S. 375, 23 L.Ed. 449; Weston v. Charleston, 2 Pet. 464, 7 L.Ed. 481; Syracuse Plaster Co. v. Agostini Bros. Bldg. Corporation, 169 Misc. 564 7 N.Y.S.2d 897.**

525

## XXIV - TRIBUNAL

TRIBUNAL *"The seat of a judge; the place where he administers justice.  The whole body of judges who compose a jurisdiction; a judicial court; the jurisdiction which the judges exercise."* **Foster v. Worcester, 16 Pick. (Mass.) 81.**

530 TRIBUNE [Webster's New Practical Dictionary, 707 (1953) G. & C. Merriam Co., Springfield, Mass.] - **1**. In ancient Rome, a magistrate whose special function was to protect the interests of plebeian citizens from the patricians. **2**. Any defender of the people.

## XXV - RECORD

535 the process, the pleadings, the verdict and the judgment

A *"minute order"* issued by a judge is not part of the record.

RECORD - The proceedings of the courts of common law are records. But every minute made by a clerk of a court for his own future guidance in making up his record is not a record. **4 Wash.**

**C.C. 698. See 10 Penn. St. 157; 2 Pick. Mass. 448; 4 N. Il. 450; 6 id. 567; 5 Ohio St. 545; 3**
540   **Wend. N.Y. 267; 2 Vt. 573; 6 id. 580; 5 Day, Conn. 363; 3 T. B. Monr. Ky. 63.**

"The Common-Law Record consists of the process, the pleadings, the verdict and the judgment.
After judgment, such errors were reviewable by Writ of Error. Errors which occurred at the trial
were not part of the Common-Law Record, and could be reviewed by a motion for a new trial,
after verdict and before judgment; by statute, such errors could be reviewed after judgment by
545   incorporating them into the record by means of a bill of exceptions. It was therefore essential to
keep clearly in mind the distinction between matter of record and matter of exception.


"Under the ancient practice, the proceedings in a litigated case were entered upon the parchment
roll, and when this was completed, the end product became known as the Common-Law Record.
550   It consisted of four parts,

> (1) the process, which included the original writ and the return of the Sheriff, by which
> the court acquired jurisdiction over the defendant;

> (2) the pleadings, presented by the parties in the prescribed order to develop an issue of
> law or of fact, and which included the declaration and all subsequent pleadings, together
555   > with the demurrers, if any;

> (3) the Verdict;

> (4) and the Judgment.

These four elements formed the Common-Law Record, but it should be observed that at the point
where the retrospective motions come into play, the record has not been developed beyond the
560   stage of entering the verdict upon the roll. At this point it should also be recalled that between
the time when the pleadings terminated in an issue, which joinder in issue was duly recorded on
the parchment roll, and the time when an entry of the verdict was made, nothing was recorded on
the parchment roll. The reason for this was that between the joinder of issue and the rendition of
the verdict, the trial takes place, and what occurs during this trial does not appear upon the face
565   of the Common-Law Record. Thus, offers and rejection of evidence, the court's instruction of
the jury, or its refusal to instruct as requested by counsel, or any misconduct connected with the
trial, such as prejudicial remarks on the part of the court, and the like—that is—any Error that

occurs at the Trial—cannot be corrected by resort to the Common-Law Record because not apparent upon its face. Such errors were preserved only in the notes made by the presiding judge,

570 or in his memory, and were reviewable, after verdict and before final judgment, by a motion for new trial made before the Court En Banc at Westminster, within four days after the commencement of the next term following the rendition of the verdict. As each of the judges of the court had motions of a similar character coming up for decision from the trials over which they had presided, the natural inclination of each judge was to support the rulings of his brother

575 jurists, and thus overrule the motion for a new trial. Furthermore, errors that occurred at the trial were not reviewable after judgment on Writ of Error, because not apparent on any one of the four parts of the Common-Law Record. **To remedy this defect, Parliament enacted Chapter 31 of the Statute of Westminster II in 1285/6 which provided for review of such errors through the use of what came to be known as a Bill of Exceptions.**

580 "Thus, it appears that in four out of five retrospective motions, the court is permitted to consider only defects apparent upon the face of part of the Common-Law Record—the process, the pleadings, and the verdict—and errors occurring at the trial were regarded as extraneous and not to be considered in rendering judgment upon the motions. Matters extraneous to or outside of the record could be tested after verdict and before judgment only by a motion for a new trial. A

585 distinction is made between matter of record and matter of exception, matter of record referring to those errors apparent upon the face of the Common-Law Record and hence reviewable after final judgment upon a Writ of Error, and matter of exception referring to those errors which occurred at the trial, and were not apparent on the face of the Common-Law Record, hence reviewable after final judgment only by incorporating such errors into the record by means of a

590 **Bill of Exceptions, as authorized by Chapter 31 of the Statute of Westminster II in 1285."** **Koffler: Common Law Pleading 567-568**

Proceedings in courts of chancery are said not to be, strictly speaking, records; but they are so considered. **Gresley, Ev. 101. And see 8 Mart. La. N. S. 303; 1 Rawle, Penn. 381; 8 Yorg. Tenn. 142; 1 Pet. C. C. 352.**

595                                XXVI - MINUTE

Minutes are not considered as any part of the record

MINUTE [Bouvier's Law Dictionary, 14th Ed.] In practice. A memorandum of what takes place in court, made by authority of the court. From these minutes the record is afterwards made up.

600  Toulier says they are so called because the writing in which they were originally was small; that the word is derived from the Latin *minuta (scriptura)*, in opposition to copies which were delivered to the parties, and which were always written in a larger hand. **8 Toullier, n. 413.**

Minutes are not considered as any part of the record. **[1 Ohio, 268. See 23 Pick. Mass. 184.; Bouvier's Law Dictionary, 14th Ed. (1870)]**

605  MINUTE BOOK [Bouvier's Law Dictionary, 14th Ed. (1870)] A book kept by the clerk or prothonotary of a court, in which minutes of its proceedings are entered.

## XXVII - STATE

### one body politic exercising, through the medium of an organized government

610  STATE [Black's Law Dictionary, Fourth Edition] - A People permanently occupying a fixed territory bound together by common-law habits and custom into one body politic exercising, through the medium of an organized government, independent sovereignty and control over all persons and things within its boundaries, capable of making war and peace and of entering into international relations with other communities of the globe. **[United States v. Kusche, D.C.Cal., 56 F.Supp. 201, 207, 208].** The organization of social life which exercises sovereign power in
615  behalf of the people. **[Delany v. Moraitis, C.C.A.Md., 136 F.2d 129, 130].**

## XXVIII - CONSTITUTIONAL PREAMBLES

CONSTITUTION FOR THE UNITED STATES OF AMERICA: **We the People** of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility,
620  provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, **do ordain and establish** this Constitution for the United States of America.

STATE OF MARYLAND CONSTITUTION: **We, the People** of the State of Maryland, grateful to Almighty God for our liberty, and taking into our serious consideration the best means of establishing a good Constitution in this State for the sure foundation and more permanent security thereof, declare:…

Both constitutions (and the constitution of any real republic) the operative word is "establish." The People existed in their own individual sovereignty before the constitution was enabled. When the People "establish" a constitution, there is nothing in the word "establish" that signifies that they have yielded any of their sovereignty to the agency they have created. To interpret otherwise would convert the republic into a democracy (**Republic vs. Democracy**).

To deprive the People of their sovereignty it is first necessary to get the People to agree to submit to the authority of the entity they have created. That is done by getting them to claim they are citizens of that entity (**see Const. for the U.S.A., XIV Amendment, for the definition of a citizen of the United States.**)

14 C.J.S. 426, 430 - The particular meaning of the word "citizen" is frequently dependent on the context in which it is found [25], and the word must always be taken in the sense which best harmonizes with the subject matter in which it is used [26].

One may be considered a citizen for some purposes and not a citizen for other purposes, as, for instance, for commercial purposes, and not for political purposes[27]. So, a person may be a citizen in the sense that as such he is entitled to the protection of his life, liberty, and property, even though he is not vested with the suffrage or other political rights[28].

[25] Cal.--Prowd v. Gore, 2 Dist. 207 P. 490. 57 C.A. 458.; La.--Lepenser v Griffin, 83 So. 839, 146 La. 584; N.Y.--Union Hotel Co. v. Hersee, 79 N.Y. 454

[27] U.S.--The Friendschaft, N.C., 16 U.S. 14, 3 Wheat. 14, 4 L.Ed. 322; --Murray v. The Charming Betsy, 6 U.S. 64, 2 Cranch 64, 2 L.Ed. 208; Md.--Risewick v. Davis, 19 Md. 82 Mass.--Judd v. Lawrence, 1 Cush 531; R.I.--Greeough v. Tiverton Police Com'rs, 74 A 785, 30 R.I. 212

[28] Mass.--Dillaway v. Burton, 153 N.E. 13, 256 Mass. 568

## XXIX - STATE SOVEREIGNTY -VS- POPULAR SOVEREIGNTY

A general discussion of two types of sovereignty, and the relative positions of each.

As independent sovereignty, it is State's province and duty to forbid interference by another state or foreign power with status of its own citizens. [**Roberts v Roberts (1947) 81 CA2d 871, 185 P2d 381. Black's Law Dictionary, 4th Ed., p 1300**]

655  A county is a person in a legal sense, [**Lancaster Co. v. Trimble, 34 Neb. 752, 52 N.W. 711; but a sovereign is not; In re Fox, 52 N.Y. 535, 11 Am.Rep. 751; U.S. v. Fox 94 U.S. 315, 24 L.Ed. 192 .... Black's Law Dictionary, 4th Ed., p 1300**]

A person is such, not because he is human, but because rights and duties are ascribed to him. The person is the legal subject or substance of which the rights and duties are attributes. An
660  individual human being considered as having such attributes is what lawyers call a "natural person." [**Pollock, First Book of Jurispr. 110. Gray, Nature and Sources of Law, ch. II. Black's Law Dictionary, 4th Edition, p 1300**]

The terms "citizen" and "citizenship" are distinguishable from "resident" or "inhabitant." [**Jeffcott v. Donovan, C.C.A.Ariz., 135 F.2d 213, 214; and from "domicile," Wheeler v.**
665  **Burgess, 263 Ky. 693, 93 S.W.2d 351, 354; First Carolinas Joint Stock Land Bank of Columbia v. New York Title & Mortgage Co., D.C.S.C., 59 F.2d 35j0, 351**]. The words "citizen" and citizenship," however, usually include the idea of domicile, Delaware, [**L.&W.R.Co. v. Petrowsky, C.C.A.N.Y., 250 F. 554, 557**]; citizen inhabitant and resident often synonymous, [**Jonesboro Trust Co. v. Nutt, 118 Ark. 368, 176 S.W. 322, 324; Edgewater**
670  **Realty Co. v. Tennessee Coal, Iron & Railroad Co., D.C.Md., 49 F.Supp. 807, 809**]; and citizenship and domicile are often synonymous. [**Messick v. Southern Pa. Bus Co., D.C.Pa., 59 F.Supp. 799, 800. Black's Law Dictionary, 4th Ed., p 310**]

Domicile and citizen are synonymous in federal courts, [**Earley v. Hershey Transit Co., D.C. Pa., 55 F.Supp. 981, 982**]; inhabitant, resident and citizen are synonymous, [**Standard Stoker**
675  **Co. v. Lower, D.C.Md., 46 F.2d 678, 683. Black's Law Dictionary, 4th Ed., p 311**]

The Constitution emanated from the people and was not the act of sovereign and independent States. [**1 McCulloch v. Maryland, 4 Wheat. 316 [1819]. See also Chisholm v. Georgia, 2 Dall. 419, 470 [1793]; Penhallow v. Doane, 3 Dall. 54, 93 [1795]; Martin v. Hunter, 1 Wheat. 304, 324 [1816]; Barron v. Baltimore, 7 Pet. 247 [1833]**.

680   The preamble contemplates the body of electors composing the states, the terms "people" and "citizens" being synonymous. Negroes, whether free or slaves, were not included in the term "people of the United States at that time. [**Scott v. Sandford, 19 How 393, 404 [1857]**].

The words "sovereign state" are cabalistic words, not understood by the disciple of liberty, who has been instructed in our constitutional schools. It is our appropriate phrase when applied to an

685   absolute despotism. The idea of sovereign power in the government of a republic is incompatible with the existence and foundation of civil liberty and the rights of property. [**Gaines v. Buford, 31 Ky. (1 Dana) 481, 501**].

## XXX - GOVERNMENT

### We the people are a Republic

690   REPUBLICAN GOVERNMENT. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. [**In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627. Black's Law Dictionary, Fifth Edition, p. 626**]

695   DEMOCRACY GOVERNMENT. That form of government in which the sovereign power resides in and is exercised by the whole body of free citizens directly or indirectly through a system of representation, as distinguished from a monarchy, aristocracy, or oligarchy. [**Black's Law Dictionary, 5th Edition, p. 388; Bond v. U.S. SCOTUS**] recognizes personal sovereignty, June 16, 2011

700   ## XXXI - BANKS- ULTRA VIRES

The United States Code, Title 12, Section 24, Paragraph 7 confers upon a bank the power to lend its money, not its credit. In First National Bank of Tallapoosa vs. Monroe, 135 Ga 614; 69 S.E. 1123 (1911), the court, after citing the statue heretofore said, "The provisions referred to do not give power to a national bank to guarantee the payment of the obligations of others solely for

705   their benefit, nor is there any authority to issue them through such power incidental of the business of banking. A bank can lend its money, not its credit." Meanwhile, they do it anyway from a profit motive, even though it flies in the face of their primary duty to protect people's money.

In Howard & Foster Co. vs. Citizens National Bank of Union, 133 S.C. 202; 130 SE 758, (1927), it was stated, "It has been settled beyond controversy that a national bank, under Federal law, being limited in its power and capacity, cannot lend its credit by guaranteeing the debt of another. All such contracts being entered into by its officers are ultra vires and not binding upon the corporation."

An activity constitutes an incidental power if it is closely related to an express power and is useful in carrying out the business of banking. See First Nat. Bank of Eastern Arkansas v. Taylor, 907 F.2d 775. But even with this latitude no hint of lending credit is provided in 12 U.S.C. 24 that would give rise to an incidental power to lend credit. The exercise of powers not expressly granted to national banks is prohibited:

First National Bank v. National Exchange Bank 29 U.S. 122, 128

California Bank v. Kennedy 167 U.S. 362, 367

Concord Bank v. Hawkins 174 U.S. 364

Further, it is laid down as a general rule that a national bank cannot lend its credit by becoming surety, indorser, or guarantor for another. "In the federal courts, it is well settled that a national bank has not power to lend its credit to another by becoming surety, indorser, or guarantor for him." See the following cases:

C.E. Healey & Son v. Stewardson Nat. Bank, 1 N.E.2d 858, 285 Ill. App. 290.

People's Nat. Bank of Winston-Salem vs. Southern States Finance Co., 122 S.E. 415, 192 N.C. 69, 48 A.L.R. 519.

Colley v. Chowchilla Nat. Bank, 255 P. 188, 200 C. 760, 52 A.L.R. 569.

Rice & Hutchins Atlanta Co. v. Commercial Nat. Bank of Macon, 88 S.E. 999, 18 Ga.App. 151.

First Nat. Bank of Hagerman v. Stringfield, 235 P. 897, 40 Ill.App. 376

City Nat. Bank of Wellington v. Morgan, Civ. App., 258 S.W. 572.

Farmers' & Merchants' Bank of Reedsville v. Kingwood Nat. Bank, 101 S.E. 734, 85 W.Va. 371.

Best v. State Bank of Bruce, 221 N.W. 379, 197 Wis. 20.

735  A national bank's charter requires that they protect customers money first, and then make money second. National banks are only allowed to make money in order to protect people's money so one serves the other, but the priority is to protect.

In Central Transp. Co. v. Pullman, 139 U.S. 60, 11 S. Ct. 478, 35 L. Ed. 55, the court said:

740  "A contract ultra vires being unlawful and void, not because it is in itself immoral, but because the corporation, by the law of its creation, is incapable of making it, the courts, while refusing to maintain any action upon the unlawful contract, have always striven to do justice between the parties, so far as could be done consistently with adherence to law, by permitting a property or money, parted with on the faith of the unlawful contract, to be recovered back, or compensation to be made for it. In such case, however, the action is not maintained upon the unlawful contract,

745  nor according to its terms; but on an implied contract of the defendant to return, or failing to do that, to make compensation for, property or money which it has no right to retain. To maintain such an action is not to affirm, but to disaffirm, the unlawful contract."

a. "When a contract is once declared ultra vires, the fact that it is executed does not validate it, nor can it be ratified, so as to make it the basis of suitor action, nor does the doctrine of estoppel

750  apply." Fand PR v. Richmond

b. "A national bank cannot lend its credit to another by becoming surety, endorser, or guarantor for him, such an act; is ultra vires…" Merchants Bank v. Baird 160 F 642.

The following case cites also support this Memorandum on credit loans and void contracts:

• "In the federal courts, it is well established that a national bank has no power to lend its credit

755  to another by becoming surety, endorser, or guarantor for him." Farmers and Miners Bank v. Bluefield Nat'l Bank, 11 F 2d 83, 271 U.S.669.

• "A national bank has no power to lend its credit to any person or corporation…Bowen v. Needles Nat. Bank, 94 F 925 36 CCA 553, certiorari denied in 20 S.Ct 1024, 176 US 682, 44 LED 637.

760  • "Mr. Justice Marshall said: The doctrine of ultra vires is a most powerful weapon to keep private corporations within their legitimate spheres and to punish them for violations of their corporate charters, and it probably is not invoked too often. Zinc Carbonate Co. v. First National Bank, 103 Wis 125, 79 NW 229. American Express Co. v. Citizens State Bank, 194 NW 430.

790  642, 1039.

• "A loan may be defined as the delivery by one party to, and the receipt by another party of, a sum of money upon an agreement, express or implied, to repay the sum with or without interest."

*the bank could be subject to either federal or state cease and desist orders. In that event the bank will require immediate and full payments and will cancel your credit or loan. Further, the bank may be exposed to civil lawsuits from all its former loan Clients and shareholders."*

Here are other things to consider:

910 • If a party breaches its authority, by entering into an agreement that it knows it is not allowed by law to execute, is it moral to allow that party to enforce the agreement?

• Is it moral to force a person to pay on a loan, when that person did not know that the bank did not have the legal authority to issue credit or to become surety?

• Is it moral for a bank to place a negative mark on your credit report, when they did not have the
915 authority to enter into the agreement in the first place, and that any deficit in payment has been insured by a third party insurance company and can be written off as a claim?

In addition to these three points, consider also that moral arguments (arguments based in equity), verses legal arguments (arguments based in law), are only upheld if the party seeking to enforce the agreement comes to the court with "clean hands." This concept is known as the clean hands
920 doctrine. What this doctrine means is that if a bank desires to enforce an agreement based on equity (morality), then they must have acted equitable (moral). In the case of credit, if the banks know that the law prevents them from loaning credit (there is over a hundred years of case law on this point) and they do it anyway, then they simply do not have clean hands, and cannot argue their case in equity. Therefore they must argue in law.

925 MEANWHILE, THE LAW PREVENTS THEM FROM LOANING Credit. There are penalties and forfeitures attached to what the bank did. In this case there are. In fact there are penalties attached to national banks going beyond their express powers in that they are exposing depositor's money to loss in contradiction to the bank's primary duty. Therefore, the issue that can be raise is the argument of ultra-virus and not only is the contract void, but even if the
930 borrower did receive a benefit, the borrower was not unjustly enriched. If the contract is void then both parties walk away as if there never was a contract. The judge is then asked to declare a zero balance and deem it as paid as agreed. Since the borrower provided the value for the source of funds, the borrower is also entitled to a judgment in the amount of the highest credit limit issued or loan amount. Also, since the banks acts demonstrates that the bank took unfair
935 advantage of the borrower, this results in the bank needing to be penalized. Typically, the

borrower is entitled to ask for a financial award against the bank in the amount of the debt forgiven. Since fraud is committed, the borrower is entitled to all sums paid on the contract including interest, plus treble (triple) damages, attorney fees expended and court and other costs in addition. The borrower can also demands a zero balance on this debt, and a voidance of the loan agreement, and a financial judgment in favor of the borrower due to the bad behavior of the lender.

940

Without Prejudice                                                        All Rights Reserved

Richard Reinheimer,
of the people of Maryland
C/O 1550 Love Point Road ,
**Stevensville, MD**